UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Petitioner )<br>)<br>V. )<br>)<br>CHRISTOPHER J. GALLAGHER )<br>)<br>    Respondent ) | M.B.D. No. 04-10240 |

### AFFIDAVIT OF REVENUE OFFICER

I, Laura Moore, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Christopher J. Gallagher, are true to the best of my knowledge and belief.

_Laura Moore_
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at ___Stoneham___, Massachusetts on the 26th day of ___March___, 2004.

_Frank Centrella_
NOTARY PUBLIC
Frank Centrella, Jr

My Commission expires: ___Oct. 18, 2007___