UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Petitioner,<br><br>v.<br><br>CHRISTOPHER J. GALLAGHER,<br>        Respondent. | M.B.D. No. 04-10240-JGD |

**ORDER ENFORCING INTERNAL**
<u>**REVENUE SERVICE SUMMONS**</u>

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on November 19, 2004 and the respondent, Christopher J. Gallagher, not having shown any cause why he should not obey the Summons issued to him on January 8, 2004:

IT IS ORDERED that Christopher J. Gallagher obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Laura Moore or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before Friday, December 17, 2004 at 9:00 AM at the office of the Internal Revenue Service, 1 Montvale Avenue, Stoneham, MA 02180, Tel. #(781)835-4250.

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                              _/s/ Judith Gay Dein_
                                              JUDITH G. DEIN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2004